# UNITED STATES DISTRICT COURT
for the
Middle District of Tennessee

Nashville Student Organizing Committee, et al. )
*Plaintiff* )
v. ) Civil Action No. 3:15-00210
Tennessee Secretary of State Tre Hargett, et al. )
)
*Defendant* )

### SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: Connie Ridley, Director of the Office of Legislative Administration, Tennessee General Assembly, 7th Floor, Rachel Jackson Building, Nashville, TN 37243

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:

See Attachment A.

| Place: | Date and Time: |
|---|---|
| N/A - E-mail or mail a CD to Plaintiffs' counsel. | 07/17/2015 5:00 pm |

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
|  |  |

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 06/09/2015

CLERK OF COURT

OR

_____         _____
*Signature of Clerk or Deputy Clerk*         *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Plaintiffs Nashville Student Organizing Committee, et al._____, who issues or requests this subpoena, are:

See Attachment A.

### Notice to the person who issues or requests this subpoena

If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

Attachment A

**Production: YOU ARE COMMANDED** to produce at the time, date, and place set forth in this subpoena the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:

All documents, communications and/or electronically stored information – including but not limited to electronic mail – in your possession, custody, or control created on or after January 1, 2010 and related to the Tennessee voter identification law at Tenn. Code Ann. § 2-7-112, including but not limited to all legislation, bills and amendments related to that section of the Tennessee Code. For purposes of this subpoena only, the request is limited to those documents, communications and/or electronically stored information – including but not limited to electronic mail – sent and/or received by <u>any</u> of the following current and former members of the Tennessee General Assembly: former Tennessee Representative Debra Maggart, former Tennessee Senator Stacey Campfield, former Tennessee Representative Joe Carr, current Tennessee Senator Bill Ketron, current Tennessee Representative Susan Lynn, current Tennessee Representative Matthew Hill, current Tennessee Representative Curry Todd, and current Tennessee Representative Jeremy Durham. This shall include but shall not be limited to all documents, communications and/or electronically stored information – including but not limited to electronic mail – related to whether or not student identification cards should be included on the list of accepted photographic voter identification under Tenn. Code Ann. § 2-7-112.

Any responsive electronically stored information – including but not limited to electronic mail – shall be produced to Plaintiffs' counsel either by electronic mail or by mailing a CD to Plaintiffs' counsel. Any responsive documents and/or other communications may be produced to Plaintiffs' counsel on a CD as well.

An identical subpoena has been served on Vinay Dattu, Director of the Office of Legislative Information Systems at the Tennessee General Assembly.

---

**Attorneys for Plaintiffs Nashville Student Organizing Committee, et al.**

DOUGLAS S. JOHNSTON, JR. (No. 5782)
BARRETT JOHNSTON MARTIN & GARRISON, LLC
Bank of America Plaza
414 Union Street, Suite 900
Nashville, TN 37219
Telephone: (615) 244-2202
Facsimile: (615) 252-3798
djohnston@barrettjohnston.com

Jon Sherman*
Fair Elections Legal Network
1825 K St. NW, Suite 450
Washington, DC 2006

Telephone: (202)248-5346
jsherman@fairelectionnetwork.com
*Admitted *Pro Hac Vice* to Practice in U.S. District Court for the Middle District of Tennessee

## CERTIFICATE OF SERVICE

I hereby certify that on June 9, 2015, a copy of this subpoena was served by electronic transmission and/or U.S. Mail, postage prepaid, to the following:

Janet M. Kleinfelter
Ryan A. Lee
Steve Hart
Public Interest Division
Office of Tennessee Attorney General
P.O. Box 20207
Nashville, TN 37202
Tel: (615) 741-3521
Fax: (615) 532-6951
janet.kleinfelter@ag.tn.gov
ryan.lee@ag.tn.gov
steve.hart@ag.tn.gov

*Attorneys for Defendants*

/s/ Douglas Johnston
DOUGLAS S. JOHNSTON, JR. (No. 5782)
BARRETT JOHNSTON MARTIN & GARRISON, LLC
Bank of America Plaza
414 Union Street, Suite 900
Nashville, TN 37219
Telephone: (615) 244-2202
Facsimile: (615) 252-3798
djohnston@barrettjohnston.com

Civil Action No. 3:15-00210

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* Connie Ridley
on *(date)* _____ .

☒ I served the subpoena by delivering a copy to the named person as follows: Hand delivery to
Connie F. Ridley                                on *(date)* 6/9/15   ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of
$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 6/9/2015

*Server's signature*

Sean Parker, Courier
*Printed name and title*

1715 Villa Pl Nashville TN, 37217
*Server's address*

Additional information regarding attempted service, etc.: