AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Tennessee

| | |
|---|---|
| Nashville Student Organizing Committee, et al. | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 3:15-cv00210 |
| Tennessee Secretary of State Tre Hargett, et al. | ) |
| *Defendant* | ) |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: Tennessee Senator Bill Ketron, 301 6th Avenue North Suite 5 Legislative Plaza, Nashville, TN 37243

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:

See Attachment A.

| Place: N/A - E-mail or mail a CD to Plaintiffs' counsel. | Date and Time: 07/03/2015 5:00 pm |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 06/03/2015

CLERK OF COURT

_____    OR    _____
*Signature of Clerk or Deputy Clerk*                  *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Plaintiffs Nashville Student Organizing Committee, et al. _____, who issues or requests this subpoena, are:
See Attachment A.

### Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

Attachment A

**Production: YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:

All documents and/or electronically stored information – including but not limited to electronic mail – in your possession, custody, or control created from January 1, 2010 to the present and related to the Tennessee voter identification law at Tenn. Code Ann. § 2-7-112, including but not limited to all bills and amendments related to that section of the Tennessee Code. This shall include but shall not be limited to all documents and/or electronically stored information – including but not limited to electronic mail – related to whether or not student identification cards should be included on the list of accepted photographic voter identification under Tenn. Code Ann. § 2-7-112. Any responsive electronically stored information – including but not limited to electronic mail – shall be produced to Plaintiffs' counsel either by electronic mail or by mailing a CD to Plaintiffs' counsel. Any responsive documents may be produced to Plaintiffs' counsel on a CD as well.

**Attorneys for Plaintiffs Nashville Student Organizing Committee, et al.**

DOUGLAS S. JOHNSTON, JR. (No. 5782)
BARRETT JOHNSTON MARTIN & GARRISON, LLC
Bank of America Plaza
414 Union Street, Suite 900
Nashville, TN 37219
Telephone: (615) 244-2202
Facsimile: (615) 252-3798
djohnston@barrettjohnston.com

Jon Sherman*
Fair Elections Legal Network
1825 K St. NW, Suite 450
Washington, DC 2006
Telephone: (202)248-5346
jsherman@fairelectionnetwork.com
*Admitted *Pro Hac Vice* to Practice in U.S. District Court for the Middle District of Tennessee

A copy of this subpoena has been served on Defendants' counsel below by electronic submission and/or U.S. mail:

Janet M. Kleinfelter
Ryan A. Lee
Public Interest Division
Office of Tennessee Attorney General
P.O. Box 20207

Civil Action No. 3:15-cv00210

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* Tennessee Senator Bill Ketron
on *(date)* _____ .

☑ I served the subpoena by delivering a copy to the named person as follows: *[signature: Bill Ketron]*
on *(date)* June 4th 2015 ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of
$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: June 4th 2015

_____
Server's signature

Nathan A. Wahlman, Courier
Printed name and title

1022 Sharpe Ave, 37206
Server's address

Additional information regarding attempted service, etc.: