# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| NASHVILLE STUDENT ORGANIZING COMMITTEE, JUSTIN BAUTISTA-JONES, TYSHAUNDA BLANCHE, JARRETT HARPER, JAHMELIA STENSON, JUSTEN WILLIAMS-REED, COURTNEY KIRKSY-WARREN, BREONNA FRIERSON, MAKAYLA SPENCER, KREE KELLY, | ) ) ) ) ) ) ) ) | Case No. 3:15-0210 |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| TRE HARGETT, in his official capacity as Tennessee Secretary of State, and MARK GOINS, in his official capacity as Coordinator of Elections for the State of Tennessee, | ) ) ) ) ) ) | |
| Defendants. | ) ) | |

---

## DEFENDANTS' RESPONSE TO MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

---

Defendants Tre Hargett and Mark Goins, in their official capacities (hereinafter collectively referred to as "Defendants"), by and through their counsel of record, the Attorney General and Reporter for the State of Tennessee, and in response to Plaintiffs' motion for leave to file an amended complaint would state that they have no objection to such motion. However, in not objecting to the motion, Defendants do not waive any defenses that may be raised in an appropriate pleading or otherwise.

Respectfully submitted,

HERBERT H. SLATERY III
Attorney General and Reporter

/s Janet M. Kleinfelter
JANET M. KLEINFELTER (BPR 13889)
Deputy Attorney General
Public Interest Division
P.O. Box 20207
Nashville, TN 37202-20207
(615) 741-7403
janet.kleinfelter@ag.tn.gov

/s/ Ryan A. Lee
RYAN A. LEE (BPR 31937)
Assistant Attorney General
Public Interest Division
P.O. Box 20207
Nashville, TN  37202-20207
(615) 741-3521
Ryan.lee@ag.tn.gov

## CERTIFICATE OF SERVICE

I hereby certify that on September 4, 2015, that a copy of Defendants' Response has been served upon the following persons by:

  X    Electronic Case Filing (ECF) System to:

Douglas S. Johnston, Jr.
Barrett Johnston Martin & Garrison, LLC
Bank of America Plaza
414 Union Street, Suite 900
Nashville, TN 37219
(615)244-2202
djohnston@barrettjohnston.com

Jon Sherman
Fair Elections Legal Network
1825 K St. NW, Suite 450
Washington, DC 2006
(202)248-5346
jsherman@fairelectionsnetwork.com

/s Janet M. Kleinfelter
JANET M. KLEINFELTER

2