IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| NASHVILLE STUDENT ORGANIZING COMMITTEE, et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil No. 3:15-0210 Judge Trauger |
| TRE HARGETT in his official capacity as Tennessee Secretary of State, et al., | ) ) ) | |
| Defendants. | ) | |

### **O R D E R**

It is hereby **ORDERED** that plaintiffs shall file a response to the Motion to Quash by a non-party (Docket Entry No. 40) by 12:00 noon on October 2, 2015.

It is so **ORDERED**.

ENTER this 25th day of September 2015.

_____
ALETA A. TRAUGER
U.S. District Judge