## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

NASHVILLE STUDENT ORGANIZING COMMITTEE, JUSTIN BAUTISTA-JONES, TYSHAUNDA BLANCHE, JARRETT HARPER, BREONNA FRIERSON, SETH BARRETT, MARQUISHA PALMER, KIERRA WARE, )
)
)
)
)
)

     Plaintiffs,

     v.

TRE HARGETT, in his official capacity as Tennessee Secretary of State, and MARK GOINS, in his official capacity as Coordinator of Elections for the State of Tennessee,

     Defendants.

**Case No. 3:15-cv-00210**

**Judge Aleta A. Trauger**
**Magistrate Judge John S. Bryant**

---

### DEFENDANTS' MOTION TO DISMISS FIRST AMENDED COMPLAINT

---

Come the Defendants, Tre Hargett, in his official capacity as Tennessee Secretary of State, and Mark Goins, in his official capacity as Coordinator of Elections for the State of Tennessee, by and through their counsel of record, the Attorney General and Reporter for the State of Tennessee, and hereby respectfully move this Court to dismiss Plaintiffs' First Amended Complaint in its entirety and with prejudice pursuant to Fed. R. Civ. P. 12(b)(6) for failure to state a claim upon which relief can be granted.

This motion is supported by an accompanying memorandum of law.

Respectfully submitted,

HERBERT H. SLATERY III
Attorney General and Reporter

/s Janet M. Kleinfelter
JANET M. KLEINFELTER (BPR 13889)

Deputy Attorney General
Public Interest Division
 (615) 741-7403
janet.kleinfelter@ag.tn.gov


/s/ Ryan A. Lee
RYAN A. LEE (BPR 31937)
Assistant Attorney General
Public Interest Division
P.O. Box 20207
Nashville, TN  37202-20207
(615) 741-3521
Ryan.lee@ag.tn.gov


## CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of September, 2015, that a copy of the foregoing document has been served upon the following persons by:

 X    Electronic Case Filing (ECF) System to:

Douglas S. Johnston, Jr.
Barrett Johnston Martin & Garrison, LLC
Bank of America Plaza
414 Union Street, Suite 900
Nashville, TN 37219
(615)244-2202
djohnston@barrettjohnston.com

Jon Sherman
Fair Elections Legal Network
1825 K St. NW, Suite 450
Washington, DC 2006
(202)248-5346
jsherman@fairelectionsnetwork.com


/s/ Ryan A. Lee
RYAN A. LEE (BPR 31937)

2