IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| NASHVILLE STUDENT ORGANIZING COMMITTEE, ET AL., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil No. 3:15-cv-0210<br>Judge Trauger |
| TRE HARGETT, ET AL., | ) ) | |
| Defendants. | ) | |

**O R D E R**

It is hereby ORDERED that a discovery dispute telephone conference shall be held on Tuesday, September 29, 2015 at 1:30 p.m. Counsel shall call 866-590-5055 (Access Code 4952789#), to participate in the telephone conference.

It is so **ORDERED.**

ENTER this 28th day of September 2015.

_____
ALETA A. TRAUGER
U.S. District Judge