IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| NASHVILLE STUDENT ORGANIZING COMMITTEE, ET AL., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil No. 3:15-cv-0210 Judge Trauger |
| TRE HARGETT, ET AL., | ) ) ) | |
| Defendants. | ) | |

## **O R D E R**

A discovery dispute telephone conference was held with counsel for the parties on September 29, 2015.

It is hereby ORDERED that discovery is STAYED pending the court's decision on the Motion to Dismiss filed by the defendants (DE #42). With regard to the briefing on that motion, the defendants may file a reply to the plaintiff's Response within 10 days of the filing of the Response.

The plaintiffs have served numerous subpoenas upon non-parties to this action. The non-parties are hereby relieved of the necessity of appearing on the dates specified in the subpoenas, but the subpoenas remain in effect and will obligate the non-parties to appear at dates later designated by the parties.

It is further ORDERED that the plaintiffs need not respond to the pending Motions to Quash by October 2, 2015. If the case proceeds beyond the motion to dismiss stage, the court will set a new date for responses to the Motions to Quash.

It is so **ORDERED.**

ENTER this 29th day of September 2015.

_____
ALETA A. TRAUGER
U.S. District Judge