UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| NASHVILLE STUDENT ORGANIZING COMMITTEE, JUSTIN BAUTISTA-JONES, TYSHAUNDA BLANCHE, JARRETT HARPER, BREONNA FRIERSON, SETH BARRETT, MARQUISHA PALMER, and KIERRA WARE, <br><br>    Plaintiffs, <br><br>v. <br><br>TRE HARGETT, in his official capacity as Tennessee Secretary of State and MARK GOINS, in his official capacity as Coordinator of Elections, <br><br>    Defendants. | Case No. 3:15-cv-00210 <br> Judge Aleta A. Trauger |

## ORDER

For the reasons set forth in the accompanying Memorandum, the defendants' Motion to Dismiss (Docket No. 42) is **GRANTED** and the plaintiffs' claims are hereby **DISMISSED WITH PREJUDICE**. Accordingly, all pending Motions to Quash (Docket Nos. 37, 38, 40) are **DENIED AS MOOT**.

Entry of this Order shall constitute judgment in the case.

It is so **ORDERED**.

Enter this 21st day of December 2015.

                                                                ALETA A. TRAUGER
                                                                United States District Judge