UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| NASHVILLE STUDENT ORGANIZING COMMITTEE, et al ) ) ) | |
| Plaintiff ) ) | |
| v. ) ) ) | NO. 3:15-00210 |
| ) ) ) ) | JUDGE TRAUGER |
| TRE HARGETT, et al ) ) ) ) | |
| Defendant ) | |

## ENTRY OF JUDGMENT

Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on December 21, 2015, as to the order entered 12/21/15 at DE [51].

                                                      KEITH THROCKMORTON, CLERK
                                                      s/Althea F. Straughter, Deputy Clerk